UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
SHAWNNA THIBODEAU                  :   Civil Action No. 08 CV 01662(JFB)
                                                     :
        Plaintiff            :   AFFIDAVIT OF SERVICE
   vs.                                         :
                                                     :
PINNACLE FX INVESTMENTS,    :
RAZOR FX, INC., DEXTER           :
BELL, ROLAND FRANCIS and    :
MICHAEL RICHARD McCAULL  :
                                                     :
        Defendants.      :
------------------------------------------------------x

STATE OF NEW JERSEY     )
                                              ) ss.:
COUNTY OF BERGEN        )

     Solomon Rubin, being duly sworn according to law, deposes and says that I am employed by Law Offices of Jan Meyer and Associates, P.C., and I am not party to the action and I am over 21 years of age. On the 26th day of June, 2008, I caused a copy of the Motion to Dismiss to be served, via e-mail and regular mail to the persons below at their designated address and e-mail addresses for service thereon.

Kevin P. Conway, Esq.
Conway & Conway
1700 Broadway, 31st Floor
New York, New York 10019
kpc@conway-conway.com
Attorneys for Plaintiff


                                                                   /s/ Solomon Rubin
                                                                    Solomon Rubin


Sworn to and subscribed before me
this 26th day of June, 2008

/s/ Taryn L. Otto
**Taryn L. Otto**
**I.D. No.: 2233101**
**Notary Public of New Jersey**
**Commission Expires 11/19/2009**